UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN DENISE WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CA EMPLOYMENT DEVELOPMENT DEPT.,<br><br>    Defendant. | Case No. 17-cv-00071-JCS<br>9th Cir. Case No. 17-16486<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS FOR PURPOSE OF APPEAL**<br><br>Re: Dkt. Nos. 16, 17 |

This Court previously dismissed Plaintiff Colleen Denise Walker's complaint pursuant to 28 U.S.C. § 1915(e), and Walker appealed to the United States Court of Appeals for the Ninth Circuit. On August 1, 2017, the Ninth Circuit referred to this Court the issue of whether Walker's in forma pauperis status should be revoked based on a frivolous or bad faith appeal. Referral Notice (dkt. 17). On August 2, 2017, this Court issued an order to show cause why that status should not be revoked, ordering Walker to file a response no later than August 16, 2017. Order to Show Case (dkt. 16). That deadline has passed with no response filed.

The Court is aware of no non-frivolous basis for appeal of its order dismissing the case. Walker's in forma pauperis status is therefore REVOKED for the purpose of her appeal. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1091–92 (9th Cir. 2002). The Clerk is instructed to send a copy of this order to the Clerk of Court of the Ninth Circuit.

Walker is advised that as a result of this determination, she will be required to pay the filing fee set by applicable appellate rules if she wishes to proceed with her appeal.

**IT IS SO ORDERED.**

Dated: August 18, 2017

                                                JOSEPH C. SPERO<br>
                                                Chief Magistrate Judge